**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-50204 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-01110-SJO-1 |
| v. | |
| FELIX GARCIA-GODOY, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
S. James Otero, District Judge, Presiding

Submitted February 7, 2012[**]
Pasadena, California

Before: KOZINSKI, Chief Judge, O'SCANNLAIN and N.R. SMITH, Circuit
Judges.

Felix Garcia-Godoy appeals the district court's denial of his motion to

suppress evidence found during an inventory search of his vehicle.

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Contrary to Garcia-Godoy's assertion, the inventory search in this case was not "for the sole purpose of investigation." *Colorado v. Bertine*, 479 U.S. 367, 372 (1987); *United States v. Bowhay*, 992 F.2d 229, 231 (9th Cir. 1993).

Nor was the district court's finding that the searching officers followed "standardized procedures" clearly erroneous. *See United States v. Ruckes*, 586 F.3d 713, 716 (9th Cir. 2009); *see also United States v. Mancera-Londono*, 912 F.2d 373, 375 (9th Cir. 1990). It is of no moment that the search was never completed. *United States v. Scott*, 665 F.2d 874, 876 (9th Cir. 1981).

**AFFIRMED.**